NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELI LILLY AND COMPANY AND TRUSTEES OF PRINCETON UNIVERSITY,**
*Plaintiffs-Appellees,*

v.

**TEVA PARENTERAL MEDICINES, INC. AND BARR LABORATORIES, INC.,**
*Defendants-Appellants,*

AND

**APP PHARMACEUTICALS, LLC,**
*Defendant-Appellant.*

---

2011-1561, -1562

---

Appeals from the United States District Court for the District of Delaware in consolidated case nos. 08-CV-0335, 08-CV-0384, 08-CV-0860, and 09-CV-0272, Chief Judge Gregory M. Sleet.

---

**ELI LILLY AND COMPANY AND TRUSTEES OF PRINCETON UNIVERSITY,**
*Plaintiffs-Appellees,*

v.

## APP PHARMACEUTICALS, LLC,
*Defendant-Appellant.*

---

2012-1037

---

Appeal from the United States District Court for the District of Delaware in case no. 11-CV-0628, Chief Judge Gregory M. Sleet.

---

## ON MOTION

---

## ORDER

APP Pharmaceuticals, LLC moves without opposition to consolidate these appeals for briefing and oral argument. Separately, the appellants move without opposition for a 14-day extension of time, until November 21, 2011, to file the opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above.

FOR THE COURT

NOV 2 9 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Bruce R. Genderson, Esq.
    Daryl L. Wiesen, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 9 2011

JAN HORBALY
CLERK